TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00238-CV






Julie Montgomery, Appellant



v.



David Stackhouse, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT


NO. 455,293, HONORABLE DARLENE BYRNE, JUDGE PRESIDING 






O R D E R



 On August 29, 2003, this Court granted appellant's motion to abate the appeal
because appellant was uncertain whether the trial court's judgment was final. See Tex. R. App. P.
27.2. The Court granted the motion and instructed appellant to inform the Court of the status of the
appeal by October 1, 2003. Appellant has not responded, either with a supplemental transcript
containing a new judgment or with a status report. Accordingly, we reinstate the appeal. Appellant's
brief was overdue when the appeal was abated; appellant's brief is due thirty days from the date of
this order.

 It is ordered October 31, 2003.


 

 David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear